**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARUTYUN BOYAJYAN,<br><br>        Movant,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>        Respondent. | **14-mc-00011 GSA**<br><br>**ORDER TO MOVANT REQUIRING THE FILING OF PROOF OF SERVICE** |

The movant, Harutyun Boyajyan ("movant"), filed a Motion for an Order Pursuant to the Customer Challenge Provisions of the Right to Financial Privacy Act of 1978.  However, the movant has not filed proof that the copy of the motion and the sworn statement was served on the respondent as required by 12 U.S.C. § 3410.

Accordingly, no later than **March 21, 2014**, the movant shall submit a proof of service that a file-stamped copy of the motion and the sworn statement was served on the United States Department of Housing and Urban Development.  The movant shall file a statement under penalty of perjury that service was effectuated by delivering or mailing by registered or certified mail,

1

file-stamped copies of the motion and the sworn statement to the person, office, or department specified in the notice which the customer received. The proof of service shall note the date the above documents were served, the method of service, as well as identify the person served.

The movant shall also file a copy of the original notice and the Subpoena Duces Tecum he received from the United States Department of Housing and Urban Development.

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **February 26, 2014**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE