# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUTYUN BOYAJYAN,<br><br>Movant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Respondent. | **14-mc-000011 GSA**<br><br>**ORDER REQUIRING THAT THE GOVERNMENT FILE A RESPONSE NO LATER THAN JUNE 20, 2014** |

On February 24, 2014, the movant, Harutyun Boyajyan ("the movant"), filed a Motion for an Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("RFPA"), 12 U.S.C. § 3401 *et seq*. (Doc. 1). On February 26, 2014, this Court ordered that the movant file a proof of service on the government. The movant file a proof of service on March 21, 2014. (Doc. 3).

Pursuant to 12 U.S.C. 3410 (b) this Court orders the Respondent, the Department of Housing and Urban Development ("the government") to file a sworn response to the movant's motion. This response shall be filed no later than **June 20, 2014**.

The government has not yet appeared in this action. Accordingly, the movant shall serve

1

a copy of this order by delivering or mailing *by registered mail or certified mail* to :

David A. Montoya
Inspector General
Department of Housing and Urban Development
451 7th Street, S.W.
Room 8256
Washington, D.C. 20410

The movant shall file a proof of service no later than **May 19, 2014**. The proof of service shall contain a statement under penalty of perjury identifying the date the above documents were served, the method of service, as well as the person served. The movant is advised that "a consumer's ability to challenge a subpoena is cabined by strict procedural requirements." *S.E.C. v. Jerry T. O'Brein, Inc.*, 467 U.S. 735, 745 (1984). **Failure to comply with this order may result in dismissal of this action.**

The Clerk of the Court is also directed to serve the government with a copy of this order at the above address via first-class mail.

IT IS SO ORDERED.

Dated:   **May 8, 2014**                     /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE