# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARUTYUN BOYAJYAN,<br><br>Movant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Respondent. | **14-mc-00011 GSA**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |

In light of the denial of the Movant's Motion for Order Pursuant to the Customer Challenge Provisions of the Right to Privacy Act (Doc. 8), the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 3, 2014**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1